## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Betty A | Case Number:  07 B 15834 |
| | Judge:  Squires, John H |
| Printed: 10/29/08 | Filed:  8/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  September 17, 2008
Confirmed:  November 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 792.52 | |
| Secured: | | 135.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 612.96 |
| Trustee Fee: | | 44.56 |
| Other Funds: | | 0.00 |
| Totals: | 792.52 | 792.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 612.96 |
| 2. | World Financial Network Nat'l | Secured | 204.99 | 135.00 |
| 3. | Midnight Velvet | Unsecured | 74.23 | 0.00 |
| 4. | World Financial Network Nat'l | Unsecured | 30.33 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 418.12 | 0.00 |
| 6. | T Mobile USA | Unsecured | 133.62 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 30.95 | 0.00 |
| 8. | Capital One | Unsecured | 329.14 | 0.00 |
| 9. | Ginny's | Unsecured | 236.82 | 0.00 |
| 10. | B-Real LLC | Unsecured | 3,436.21 | 0.00 |
| 11. | Capital One | Unsecured | 425.51 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,122.52 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 557.37 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 3,662.16 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,240.86 | 0.00 |
| 16. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 17. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 18. | Saint Mary Nazareth Hospital | Unsecured | | No Claim Filed |
| | | | $ 15,245.83 | $ 747.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 34.16 |
| 6.5% | 10.40 |
| | $ 44.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Davis, Betty A

Printed: 10/29/08

Case Number:  07 B 15834

Judge:  Squires, John H

Filed:  8/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

